UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| REESE KEITH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:23-cv-01334-TWP-TAB |
| IN DEPT. OF CORRECTION, et al., | ) ) ) |
| Defendants. | ) |

**ORDER**

The plaintiff's motion to dismiss, dkt. [9], is treated as a notice of dismissal. No judgment is required under these circumstances. The **clerk is directed** to terminate the motions at dkt. [9] and dkt. [2] and close this action on the docket.

**IT IS SO ORDERED.**

Date: 9/8/2023

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

REESE KEITH
220066
WESTVILLE - CF
WESTVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
5501 South 1100 West
WESTVILLE, IN 46391